IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hines, Anner

Printed: 10/22/08

Case Number: 07 B 14033
Judge: Squires, John H
Filed: 8/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 27, 2008
Confirmed: September 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,795.50 |  |
| Secured: |  | 2,821.23 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,234.00 |
| Trustee Fee: |  | 311.03 |
| Other Funds: |  | 429.24 |
| Totals: | 5,795.50 | 5,795.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,234.00 | 2,234.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 6,468.05 | 2,821.23 |
| 4. | Peoples Energy Corp | Unsecured | 774.92 | 0.00 |
| 5. | Greater Chicago Finance | Unsecured | 2,880.79 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 923.20 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 555.83 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 26.12 | 0.00 |
| 9. | State Farm Insurance Co | Unsecured | 7,041.44 | 0.00 |
| 10. | Squire Wholesaler | Secured | | No Claim Filed |
| 11. | American Collection Corp | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | American Credit Bureau | Unsecured | | No Claim Filed |
| 16. | Sun Cash | Unsecured | | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 18. | Check N Go | Unsecured | | No Claim Filed |
| | | | $ 20,904.35 | $ 5,055.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 185.48 |
| 6.5% | 125.55 |
| | $ 311.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hines, Anner | Case Number: 07 B 14033 |
| | Judge: Squires, John H |
| Printed: 10/22/08 | Filed: 8/4/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

